**ORIGINAL**

1  | Zeddrick F. White
   | 7224 Hillside Avenue #4
2  | Los Angeles, CA 90046
   | (323) 864-5079
3  |
   | Attorney for Plaintiff (Self)
4  |

FILED

2016 AUG 24  AM 10: 21

5

6  | UNITED STATES DISTRICT COURT

7  | CENTRAL DISTRICT OF CALIFORNIA

8

9  | ZEDDRICK F. WHITE,                          ) Case Number **CV 16 - 06348** R (KSx)

10 |        Plaintiff,                            ) Unlimited Jurisdiction

11 |    vs.                                       )

12 | UNITED STATES GOVERNMENT, AND                ) COMPLAINT FOR DAMAGES:
13 | DOES 1-50, inclusive                         )
   |        10 more                               )
14 |        Defendants.                           )

15 |                                              ) DEMAND FOR JURY TRIAL

16

17

18

19

20

21

22

23

24

25

26 |                                              PAID

27 |                                              AUG 2 4 2016

28 |                                              Clerk, US District Court
   |                                              COURT 4612

Page 1

## COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIM ACT

The Plaintiff, Zeddrick F White ('White'), is representing himself against Defendant, United States of America, and in support of District Court Case: **2:10-cv-03479-CAS-PJW**; Ninth Circuit Court of Appeals: **Case 13-55549**; and Supreme Court Case: **14-680**. Mr. White states the following:

## INTRODUCTION

1. This is an action against the Defendant United States of America under the Federal Tort Claims Act, (28 U.S.C. § 271, *et seq.*) and 28 U.S.C. § 1346 (b)(1), for negligence and professional malpractice in connection with medical care provided to Plaintiff White by the Department of Veterans Affairs, West Los Angeles Medical Center.

2. The claims herein are brought against the Defendant pursuant to the Federal Tort Claims Act (28 U.S.C. § 271, *et seq.*) and 28 U.S.C. § 1346 (b)(1), for money damages as compensation for personal injuries caused by the Defendant's negligence.

3. Plaintiff White has fully complied with the provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act. *Standard Form 95 attached as Exhibit 1.*

4. This suit has been timely filed, in that Plaintiff White timely served notice of this claim on both the Department of Veterans Affairs and the United States Department of Justice less than two years after the incident forming the basis of this suit.

5. Plaintiff White is now filing this Complaint pursuant to 28 U.S.C. § 240(b) after receiving the Department of Veterans Affairs' March 29, 2016 notice of "final denial of administrative claim." *Administrative Tort Claim Denial Letter attached as Exhibit 2.*

6. Plaintiff White submitted to letters of "Intent to Sue" pursuant to California Code of Civil Procedure §§ 340.5 and 364. *Copies of the 'Intent to Sue letters is attached as exhibit 3.*

## PARTIES

7. At all material times Plaintiff, was a resident of the State of California, County of Los

Angeles.

8. Defendant, Department of Veterans Affairs, Greater Los Angeles Healthcare System Medical Center, (hereinafter referred to as " West Los Angeles VA Medical Center") has their principle place of business in Los Angeles, CA.

9. Defendant United States of America, through its agency, the Department of Veteran's Affairs, operates the Department of Veterans Affairs, Greater Los Angeles Healthcare System Medical Center "West Los Angeles V.A. Medical Hospital" located at 11301 Wilshire Boulevard, Los Angeles, CA  90073.

10. At all times relevant to this Complaint, the West Los Angeles Medical Hospital held themselves out to the Plaintiff and eligible beneficiaries, as a provider of high quality health care services, with the expertise necessary to maintain the health and safety of patients like the Plaintiff.

11. At all times relevant to this complaint, the directors, officers, operators, administrators, employees, agents, and staff were employed by and/or acting on behalf of the Defendant.  Furthermore, the Defendant is responsible for the negligent acts of their employees and agents under respondeat superior.

## JURISDICTION

12. Jurisdiction is Proper under 28 U.S.C. § 1346 (b)(1).

## VENUE

13. Venue is proper under 28 U.S.C. § 1402(b) in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred I the Central District of Los Angeles.

## FACTUAL ALLEGATIONS

14. On or about January 20, 2015,  Mr. White was evaluated for a 'Primary Care Provider' and asked if he would like to take an HIV exam or other any other STD.  He said NO!

15. He requested a prostate exam given he was 46 years of age but the Physician (Dr. Tcheung) recommended one when he reach the age of 50.

16. The newly assigned primary Caregiver Dr. Tcheung established a urine test by providing a urine sample on the same date (January 20, 2015) and sent the Plaintiff home.

17. Not even an hour had past after the plaintiff arrived home, Dr. Tcheung called the Plaintiff and said that the hospital had identified a high level of creatine in the Plaintiff's urine and asked if he would come back in for more tests.

18. The VA Hospital admitted the Plaintiff that day claiming that he ran the risk of kidney failure because of the creatine, Vitamin D and Calcium in my system.

19. Mr. White was diagnosed with Kidney Failure and Vitamin D toxicity upon arrival and admittance in the hospital. The Plaintiff informed the Defendant's that he had no pain in his back neither was there blood in his urine, so why would they need to keep him overnight.

20. The Defendants supposedly went through a series of processes to lower these 'Identified levels' (i.e. drawing blood (two times a day and 30 intravenous bags to supposedly flush out the Plaintiff's Kidneys).

21. Mr. White was notified that a biopsy was needed to determine the damage and level of kidney failure on January 21, 2015.

22. On January 22, 2015, Mr. White underwent a biopsy and was informed that the biopsy revealed that the problem was acute but not a complete failure. No percentage was given for as the failure or kidney function.

23. Mr. White continued to inform the hospital that there was no pain in his back and he was having no problem urinating from all of the intravenous bags used and water consumed during his stay.

24. Mr. White was given three 'unknown' shots to 'break up the calcium' in his system however the nurses on board stated that they had not been given any orders to test for calcium. Each shot made the Plaintiff nauseous and vomiting.

25. Mr. White was offered 'Steroids' on the morning of January 23, 2015 of which he declined and asked why –again, he was instructed by the physician that the steroids would break up the calcium in his body.

26. Mr. White inquired and became concerned that the offering of 'Steroids' were rather extreme particularly when Mr. White had not been given a formal diagnosis of his kidneys and was undergoing 'NO' dialysis.

27. On January 24, 2015, Mr White was brought into a board room at the hospital with one of the four doctors and two 'interns' and was notified by the team that I had supposedly tested positive for HIV. Nothing was mentioned of Mr. White Kidneys, Vitamin D toxicity or the high calcium.

28. The Defendant (West Los Angeles Hospital) indicated that they wanted to verify that it was the case and that they would perform other exams to determine if Mr. White was in fact HIV Positive.

29. Mr. White asked for another meeting on the same day (January 24, 2015) with the doctor and his staff of which he asked was it normal procedure for the Defendant's (West Los Angeles Hospital) to do an HIV exam and who authorized the testing for Mr. White since he had not given verbal nor written request to have such an exam taken.

30. The Defendant explained to Mr. White that other hospitals (Non-government) do it without the consent of the patient. Mr. White having served in the military for 13 years and served as a medical administrator stated that "a violation of Standard Operating Procedures for the VA of Greater Los Angeles had occurred when it comes to test ordering an HIV antibody testing."

31. Mr. White asked for the hospital to discharge him of which the Doctor refused and stated 'I can't let you leave in this condition'. However, no condition was stated and Mr. White was released.

32. Upon leaving, an African American male nurse at the information desk stated 'I am surprised to see you walking out of here' as Mr. White exited the building.

33. The Defendant on January 30, 2015, Dr. Lueng Sophia Tcheung, MD sent a letter to Mr. White explaining that 'she was concerned about his kidney function and level of vitamin D. In addition, because of his newly diagnosed HIV, She wanted to check some other labs such as his CD4 count." *Defendant's letter attached as exhibit 4.*

34. On April 10, 2015, Mr. White acquired a second opinion from the Urology Group of Southern California (Dr. John J. Kowalczyk D.O.). The Group requested a copy of the West Los Angeles V.A. Medical records via Mr. White's signed consent to confirm the diagnosis but Dr.

Kowalczyk never received a copy. Mr. White declined HIV testing until verification could be rendered as to the state of his kidneys.

35.   On May 8, 2015, a report of Mr. White's Kidneys was provided that refuted any claim of Kidney failure or Vitamin D toxicity.  If fact, there were no signs of any such illness in Mr. White's urine or blood.

36.   On August 5, 2016, Mr. White submitted 'Intent to Sue' letters to the doctors and West Los Angeles Medical Hospital pursuant to California Code of Civil Procedure § § 340.5 and 364.

37.   During the course of Mr. White's stay, West Los Angeles V.A. Medical Hospital staffs were helpful in savings Mr. White's life and from further unauthorized testing and medicine.

38.   Upon information and belief, West Los Angeles V.A. Medical Hospital allowed three doctors and three Interns to diagnose a fraudulent illness; assault on his body; and administer unauthorized tests and medicine that would have resulted in lost of work, money, pain and suffering.

39.   As a result of the West Los Angeles V.A. Medical Hospital's negligence, Mr. White will not seek further medical testing and advice for an HIV infection obtained at that facility.

40.   As a result of this infection, on or around January 20-24, 2015, Mr. White has been depressed knowing that he would not be able to serve his country in any capacity (Military or Foreign Service); that he would never father a child or have a normal relationship. In addition, Mr. White will not be able to have a retirement from his service to this country (military) nor from any corporation.

41.   Additionally, Mr. White has endured significant mental and emotional distress and trauma as a result of his injuries.

## CAUSE OF ACTION

## COUNT I - NEGLIGENCE

42.  Plaintiff White realleges and reincorporates each and every allegation above as if fully set forth herein.

43.  The Defendant had a duty to provide ordinary care,  and to exercise that standard and degree of care and skill required of health care providers, consistent with the expertise that the Defendant presented to the community at large.

44.  The Defendant breached its duty of care to Mr. White

45.  At all times relevant to this complaint, the Defendant had a duty to hire competent operators, administrators, employees, agents and staff in order to meet its standards of quality of care of its patients, including Mr. White.  The Defendant knew, or should have known, that the medical staff of the facility was not properly trained, and/or supervised, in a manner necessary to provide a level of care for Mr. White that met all applicable legal requirements; that demonstrated the standard and degree of care and skill required of competent health care providers; and was consistent with the expertise that the Defendant presented to the community at large.

46.  The Defendant breached its duty by negligently hiring incompetent, inexperienced and/or unqualified operators, administrators, employees, agents and staff.

47.  The Defendant had a duty to retain only competent and adequately trained operators, administrators, employees, agents and staff in order to meet its standards of quality care of its patients, including Mr. White.

48.  The Defendant breached its duty by negligently retaining incompetent, inexperienced, unqualified and/or inadequately trained operators, administrators, employees, agents and staff.

49.  As a direct and proximate result of Defendant's negligence, Mr. White sustained serious and permanent personal injuries in and about his body; he has incurred medical expenses, and other damages, and will continue to incur medical expenses, and other damages in the future; he was forced to endure pain, suffering and mental anguish, and will continue to endure pain, suffering, and mental anguish in the future:  he has suffered a loss of the enjoyment of life, and

1   will continue to suffer a loss of the enjoyment of life in the future; and he has lost wages, and will

2   continue to lose wages in the future.

3        50.  The acts and/or omissions set forth above would constitute a claim under the law of

4   the state of California

5        51.  The Defendant is liable pursuant to 28 U.S.C. § 1346 (b)(1).

6        **COUNT II – VICARIOUS LIABILITY, RESPONDEAT SUPERIOR,**

7        **OSTENSIBLE AGENCY AND/OR AGENCY**

8        52.  Plaintiff White realleges and reincorporates each and every allegation above as if fully

9   set forth herein.

10       53.  At all times relevant to this case, the directors, officers, operators, administrators,

11  employees, agents, and staff were employed by and/or acting on behalf of the Defendant.

12       54.  At all relevant times to this Complaint, the directors, officers, operators,

13  administrators, employees, agents, and staff acted within their respective capacities and scopes of

14  employment for the Defendant.

15       55.  The directors, officers, operators, administrators, employees, agents, and staff

16  negligently and/or recklessly, directly and proximately caused personal injury to Mr. White,

17  including both acts of omission and acts of commission.

18       56.  As a direct and proximate result of Defendant's negligence, Mr. White sustained

19  serious and permanent personal injuries in and about his body; he has incurred medical expenses,

20  and other damages, and will continue to incur medical expenses, and other damages in the future;

21  he was forced to endure pain, suffering and mental anguish, and will continue to endure pain,

22  suffering, and mental anguish in the future:  he has suffered a loss of the enjoyment of life, and

23  will continue to suffer a loss of the enjoyment of life in the future; and he has lost wages, and will

24  continue to lose wages in the future.

25       57.  The acts and/or omissions set forth above would constitute a claim under the law of

26  the state of California

27       58.  The Defendant is liable pursuant to 28 U.S.C. § 1346 (b)(1).

28

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Zeddrick F. White does hereby pray that judgment be entered in his favor and against the Defendant as follows:

1) Medical expenses, lost wages, pain and suffering, future impairment, and loss of enjoyment of life totaling $10,000,000.00; and

2) Costs and attorneys fees incurred in this civil action, together with such further and additional relief at law or in equity that this Court may deem proper.

Respectfully submitted,

DATED: August 24, 2016

**Attorney for Plaintiffs**
Pro Per

1

## DEMAND FOR JURY TRIAL

2

Plaintiff hereby demands trial by jury of all issues which may be tried to a jury.

3

4

DATE:  August 24, 2016

5

6

Plaintiff Self Representation
ZEDDRICK F. WHITE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 10

FORM APPROVED
OMB NO. 1105-0008

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Regional Office  (02)<br>Dept of Veteran Affairs<br>4150 clement Street, bldg 210<br>San Francisco, CA 94121 | Zeddrick Fitzgerald White<br>7224 Hillside Avenue, #4<br>Los Angeles, CA  90046 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 08/01/1967 | SINGLE | 01/20/2015          Tuesday | 07:48:12 |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

I had not been vetted for a primary caregiver.   On January 20, 2015, I made an appointment to receive a primary caregiver. On, January 20, 2015, I was evaluated and asked if I would like to take an HIV exam or any other STD.  I said NO!  I requested a prostate exam but Dr. Tcheung recommended one when I reach the age of 50.   My new primary Caregiver Dr. Tcheung established a urine test and sent me home.  Later that same day, she called me and said that they had identified a high level of creatine in my kidneys and therefore, diagnosed me with Kidney failure on the spot and proceeded to give me fluids

**9.**         **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

NONE

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

NONE

**10.**         **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM.  IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

On January 24, 2015, I was notified by one of the doctors on the Urinalysis team I had supposedly tested positive for HIV.  The doctor indicated that he wanted to verify that it was the case and that they would perform other exams to determine if I were in fact HIV Positive.  I asked who authorized it for I had not given verbal nor written request to have such an exam taken particularly when I had not been given any information concerning my supposed kidney failure.

**11.**         **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Dr. Tcheung | West LA VA Medical Center, 11301 Wilshire Boulevard Los Angeles, CA 90073 |
| Dr. Zingmond | West LA VA Medical Center, 11301 Wilshire Boulevard Los Angeles, CA 90073 |
| Dr Lin | West LA VA Medical Center, 11301 Wilshire Boulevard Los Angeles, CA 90073 |

| 12. (See instructions on reverse). | **AMOUNT OF CLAIM** (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | 50,000.00 | | 50,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | 323-864-5079 | 03/04/2015 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2



Exhibit(1)



**U.S. Department of Veterans Affairs**
Office of General Counsel
Office of Chief Counsel - Pacific District South

11301 Wilshire Blvd.
Bldg 506 (02)
Los Angeles, CA 90073
www.va.gov/ogc
Tel: (310) 268-3800

In Reply Refer To: GLA-10240

Via Certified Mail

March 29, 2016

Zeddrick White
7224 Hillside Ave., #4
Los Angeles, CA 90046

    Re:  Administrative Tort Claim

Dear Mr. White:

The Department of Veterans Affairs (VA) has thoroughly investigated the facts and circumstances surrounding your administrative tort claim.  You allege that VA staff tested you for HIV without your consent and improperly treated or misdiagnosed kidney failure in January 2015.  You seek $50,000 in damages.  VA received your Standard Form (SF) 95, *Claim for Damage, Injury, or Death*, on March 9, 2015.  During our adjudication of your claim, a medical expert reviewed your allegations and the medical care VA provided.

The Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b) and 2671-2680, under which you filed your claim, provides for monetary compensation when a Government employee, acting within the scope of employment, injures another by a negligent or wrongful act or omission.  Medical negligence means there was a breach in the standard of care and that breach proximately caused an injury.  The standard of care is the level at which similarly qualified medical professionals would have managed the care under the same or similar circumstances.  For a medical malpractice claim, such as yours, to stand, a medical expert must opine that the healthcare provider breached the standard of care and that breach injured the claimant.

According to our expert, VA healthcare providers met the standard of good medical care.  We certainly regret your dissatisfaction with VA healthcare; however, VA staff did not cause any compensable harm.  Since VA did not negligently injure you, we are denying your claim.

If you are dissatisfied with this agency action, you may send a request reconsideration of the denial by mail to the Department of Veterans Affairs, General Counsel (021B), 810 Vermont Avenue, N.W., Washington, DC 20420 or by data facsimile (fax) to (202) 273-6385.

To be timely, VA must <u>receive</u> this request within six months of the mailing of this agency denial.  The VA has six months to act on the reconsideration request.  After that time, you have the option of filing suit in an appropriate U.S. District Court under 28 U.S.C. § 2675(a) and 28 C.F.R. § 14.9.



Page 2

In the alternative, if you are dissatisfied with the denial of your claim, you may file suit directly under the FTCA, which provides for judicial review when an agency denies an administrative tort claim. The claimant must initiate the suit within six months of the mailing of this final agency action (28 U.S.C. § 2401(b)). In any lawsuit, the proper party defendant is the United States, not the Department of Veterans Affairs.

Sincerely,

Mark Romaneski

Mark Romaneski
Chief Counsel

Exhibit (2) 4

Zeddrick F. White
7224 Hillside Avenue, #4
Los Angeles, CA  90046

August 11, 2015

West Los Angeles VA Medical Center
11301 Wilshire Boulevard
Los Angeles, CA  90073

Re:   NOTICE OF INTENTION TO SUE
ZEDDRICK FITZGERALD WHITE
JANUARY 20 – 24, 2015

Veteran's Administration Medical Center:

This letter is being sent to you pursuant to California Code of Civil Procedure §§ 340.5 and 364. In addition, due to this being a government agency this letter is also being sent pursuant to Federal Tort Claims Act (28 U.S.C § 2675 § 2401(b) & Government Code §§ 910, 910.2, 911.2 and 911.4.

Please be advised that I intend to pursue all legal rights and remedies available to me in this matter including, but not limited to, the commencement of litigation against you for, among other things, professional negligence based upon the care and treatment you provided me commencing in or about January 20, 2015 and continuing through and including on or about January 24, 2015.  Said negligent treatment includes, but is not limited to, your treatment of me for Kidney Failure, Vitamin D Toxicity and a supposed HIV diagnoses.

Said professional negligence has caused me to suffer severe damages, which include, but are not limited to:  monetary damages, mental, physical and emotional damages as well as pain and suffering, in a sum of not less than $250,000.00.

Please be guided accordingly as I await a decision reference the March 9, 2015 Tort Claim filing.  I recommend that this letter be forward to your Errors and Omissions carrier for further handling.

Sincerely,

Zeddrick Fitzgerald White


Exhibit(3)

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

W. L. A. VA Medical Ctr
11301 Wilshire Blvd
Los Angeles, CA
90073

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
FRANK MACIAS

C. Date of Delivery
8/14/15

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

WEST L.A. FINANCE SECTION
AUG 14 2015
USPS 90025-2298

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7010 0290 0001 5874 0831

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

Exhibit (3) A

Zeddrick F. White
7224 Hillside Avenue, #4
Los Angeles, CA  90046

August 11, 2015

Dr. David Zingmond, MD  (Internal Medicine)
West Los Angeles VA Medical Center
11301 Wilshire Boulevard
Los Angeles, CA  90073

Re:   NOTICE OF INTENTION TO SUE
ZEDDRICK FITZGERALD WHITE
JANUARY 20 – 24, 2015

Dear Dr. Zingmond:

This letter is being sent to you pursuant to California Code of Civil Procedure §§ 340.5 and 364. In addition, due to this being a government agency this letter is also being sent pursuant to Federal Tort Claims Act (28 U.S.C § 2675 § 2401(b) & Government Code §§ 910, 910.2, 911.2 and 911.4.

Please be advised that I intend to pursue all legal rights and remedies available to me in this matter including, but not limited to, the commencement of litigation against you for, among other things, professional negligence based upon the care and treatment you provided me commencing in or about January 20, 2015 and continuing through and including on or about January 24, 2015.  Said negligent treatment includes, but is not limited to, your treatment of me for Kidney Failure, Vitamin D Toxicity and a supposed HIV diagnoses.

Said professional negligence has caused me to suffer severe damages, which include, but are not limited to:  monetary damages, mental, physical and emotional damages as well as pain and suffering, in a sum of not less than $250,000.00.

Please be guided accordingly as I await a decision reference the March 9, 2015 Tort Claim filing.  I recommend that this letter be forward to your Errors and Omissions carrier for further handling.

Sincerely,

Zeddrick Fitzgerald White

Exhibit(3) B

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. David Zinymoad, MD
W, LA, VA Med Ctr
11301 Wilshire Blvd
Los Angeles, CA 90073

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery
FRank Mendez          8/14/15

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

WEST LA   AUG 1 4 2015   USPS 90025-9998

3. Service Type
☐ Certified Mail   ☐ Express Mail

2. Article Number
   (Transfer from service label)      7 2014 0510 0000 8009 1336

PS Form **3811**, February 2004      Domestic Return Receipt      102595-02-M-1540

Exhibit (3) 

Zeddrick F. White
7224 Hillside Avenue, #4
Los Angeles, CA 90046

August 11, 2015

Dr. Cilia Lin, MD (Internal Medicine)
West Los Angeles VA Medical Center
11301 Wilshire Boulevard
Los Angeles, CA 90073

Re: NOTICE OF INTENTION TO SUE
ZEDDRICK FITZGERALD WHITE
JANUARY 20 – 24, 2015

Dear Dr. Lin:

This letter is being sent to you pursuant to California Code of Civil Procedure §§ 340.5 and 364. In addition, due to this being a government agency this letter is also being sent pursuant to Federal Tort Claims Act (28 U.S.C § 2675 § 2401(b) & Government Code §§ 910, 910.2, 911.2 and 911.4.

Please be advised that I intend to pursue all legal rights and remedies available to me in this matter including, but not limited to, the commencement of litigation against you for, among other things, professional negligence based upon the care and treatment you provided me commencing in or about January 20, 2015 and continuing through and including on or about January 24, 2015. Said negligent treatment includes, but is not limited to, your treatment of me for Kidney Failure, Vitamin D Toxicity and a supposed HIV diagnoses.

Said professional negligence has caused me to suffer severe damages, which include, but are not limited to: monetary damages, mental, physical and emotional damages as well as pain and suffering, in a sum of not less than $250,000.00.

Please be guided accordingly as I await a decision reference the March 9, 2015 Tort Claim filing. I recommend that this letter be forward to your Errors and Omissions carrier for further handling.

Sincerely,

Zeddrick Fitzgerald White

Exhibit(3)

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Cilia Lin MD
W, LA, VA Med Ctr
11301 Wilshire Blvd
Los Angeles, CA
          90073

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

FRANK MEIER    8/14/15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

WEST LA ... STATION
AUG 1 4 2015
USPS 90025...098

3. Service Type
   ☐ Certified Mail   ☐ Express Mail

2. Article Number
   (Transfer from service label)    7014 0510 0000 8009 1329

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

Exhibit (3) E

Zeddrick F. White
7224 Hillside Avenue, #4
Los Angeles, CA 90046

August 11, 2015

Dr. Lueng Tcheung, MD  (Primary Care)
West Los Angeles VA Medical Center
11301 Wilshire Boulevard
Los Angeles, CA 90073

Re:   NOTICE OF INTENTION TO SUE
ZEDDRICK FITZGERALD WHITE
JANUARY 20 – 24, 2015

Dear Dr. Tcheung:

This letter is being sent to you pursuant to California Code of Civil Procedure §§ 340.5 and 364. In addition, due to this being a government agency this letter is also being sent pursuant to Federal Tort Claims Act (28 U.S.C § 2675 § 2401(b) & Government Code §§ 910, 910.2, 911.2 and 911.4.

Please be advised that I intend to pursue all legal rights and remedies available to me in this matter including, but not limited to, the commencement of litigation against you for, among other things, professional negligence based upon the care and treatment you provided me commencing in or about January 20, 2015 and continuing through and including on or about January 24, 2015.  Said negligent treatment includes, but is not limited to, your treatment of me for Kidney Failure, Vitamin D Toxicity and a supposed HIV diagnoses.

Said professional negligence has caused me to suffer severe damages, which include, but are not limited to:  monetary damages, mental, physical and emotional damages as well as pain and suffering, in a sum of not less than $250,000.00.

Please be guided accordingly as I await a decision reference the March 9, 2015 Tort Claim filing.  I recommend that this letter be forward to your Errors and Omissions carrier for further handling.

Sincerely,

Zeddrick Fitzgerald White

Exhibit (3)

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Tcheug MD
11301 Wilshire Blvd
Los Angele, CA
90073

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____    ☐ Agent
                            ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   Frank Maciss              8/14/15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

AUG 1 4 2015
WEST ... PS 90025 ...

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)

   7014 0510 0000 8009 1305

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540


Exhibit (3)

Department of Veterans Affairs
Greater Los Angeles Healthcare System
11301 Wilshire Boulevard
Los Angeles, Ca 90073
Tel. (310) 478-3711

ZEDDRICK WHITE
7224 HILLSIDE AVE.#4
LOS ANGELES, CALIFORNIA 90046

Jan 30,2015

Dear ZEDDRICK WHITE,

I have called you multiple times over the course of the week, I have been
unable to get a hold of you. We are concerned about your kidney function and
your level of vitamin D. In addition, because of your newly diganosed HIV, I
wanted to check some other labs such as your CD4 count. I have placed that
order, please have labs drawn soon. I have placed infectious diseases HIV
consult so you can get plugged into care. Also, you have nephrology appointment
on 2/4/15 at 9:30. Please also make a primary care appointment, you can call
877-251-7295.

Sincerely,
Lueng Sophia Tcheung, MD



7014 0510 0000 8009 1367

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ $0.49 0431 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 — |
| Total Postage & Fees | $ $6.49 |

Postmark Here   03/04/2015

Sent To  Regional office (02)
Street, Apt. No.; or PO Box No.  Dept of Veteran Affairs
City, State, ZIP+4  San Francisco, CA 94121

PS Form 3800, August 2006                  See Reverse for Instructions

---

Total:                              $6.49

Paid by:
Cash                                $6.49

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clickship
to print shipping labels with postage. For
    information call 1-800-ASK-USPS.
************************************

       **********     ******************
   ur mail when     where you want it
with a secure Post    ce Box. Sign up for
a box online at u    .com/poboxes.
***** *********************************
***************************************

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X K.B. Hill     ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery<br>R. B. Hill      3-9-15 |
| 1. Article Addressed to:<br><br>Regional office (02)<br>Dept of Veteran Affairs<br>4150 Clement Street,<br>bld 210<br>San Francisco, CA 94121 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7014 0510 0000 8009 1367 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

Exhibit (4) A

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ ) | **DEFENDANTS** ( Check box if you are representing yourself ☐ ) |
|---|---|
| ZEDDRICK FITZGERALD WHITE | UNITED STATES GOVERNMENT |

| **(b)** County of Residence of First Listed Plaintiff   LOS ANGELES | County of Residence of First Listed Defendant |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |

| **(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. | Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. |
|---|---|
| 7224 HILLSIDE AVENUE, 34<br>LOS ANGELES, CA 90046<br>ZWHITE587@YAHOO.COM | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 3. Federal Question (U.S. Government Not a Party)

☒ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multidistrict Litigation - Transfer

☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 10,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
THE FEDERAL TORT CLAIMS ACT (FTCA), 28 U.S.C. 1346(B) AND 2671-2680

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☒ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☒ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

| **FOR OFFICE USE ONLY:** Case Number: | **CV16-06348** |
|---|---|

| CV-71 (07/16) | CIVIL COVER SHEET | Page 1 of 3 |
|---|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br><br>☐ Yes  ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br><br>☒ Yes  ☐ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | **A.**<br>Orange County | **B.**<br>Riverside or San Bernardino County | **C.**<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| **D.1. Is there at least one answer in Column A?** | **D.2. Is there at least one answer in Column B?** |
|---|---|
| ☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br><br>Enter "Southern" in response to Question E, below, and continue from there.<br><br>If "no," go to question D2 to the right. ➡ | ☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br><br>Enter "Eastern" in response to Question E, below.<br><br>If "no," your case will be assigned to the WESTERN DIVISION.<br><br>Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? ➡ | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN DIVISION |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?**     ☒ NO     ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?**     ☐ NO     ☒ YES

If yes, list case number(s):   CV10-3479 CAS (PJWx)

**Civil cases** are related when they (check all that apply):

☒ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright **is not**, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____     DATE: 8/24/2016

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |