SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
RICHARD M. PARK (SBN 236173)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-3275
    Fax: (213) 894-7819
    Email: richard.park@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEDDRICK F. WHITE,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. CV 16-06348 R (KSx)<br><br>**JUDGMENT**<br><br>Honorable Manuel L. Real<br>United States District Judge<br><br><u>Trial</u>: August 8, 2017 at 10:00 a.m.<br><br><u>Location</u>: Roybal Federal Building and U.S. Courthouse<br>255 East Temple Street<br>Courtroom 880<br>Los Angeles, CA 90012 |

| | |
|---|---|
| 1 | The Court conducted trial of the above-captioned action on August 8, 2017; heard the entirety of Plaintiff's evidence; received and admitted into evidence Defendant's trial exhibits 1-26; heard Defendant's motion for judgment on partial findings pursuant to Rule 52(c) of the Federal Rules of Civil Procedure; and Plaintiff's opposition thereto; |

The Court conducted trial of the above-captioned action on August 8, 2017; heard the entirety of Plaintiff's evidence; received and admitted into evidence Defendant's trial exhibits 1-26; heard Defendant's motion for judgment on partial findings pursuant to Rule 52(c) of the Federal Rules of Civil Procedure; and Plaintiff's opposition thereto;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Defendant's motion under Rule 52(c) of the Federal Rules of Civil Procedure is hereby granted.

2. Judgment is hereby entered in favor of Defendant United States of America and against Plaintiff Zeddrick White; and

3. This action is dismissed in its entirety with prejudice.

Dated: August 14, 2017.

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE